JANET M. HEROLD
Regional Solicitor
DANIELLE L. JABERG
Counsel for ERISA
CA State Bar No. 256653
JOSEPH M. LAKE
Senior Trial Attorney
CA State Bar No. 246679
Office of the Solicitor
United States Department of Labor
90 7th Street, Suite 3-700
San Francisco, California  94103
Telephone (415) 625-7758
Fax (415) 625-7772
Email:  lake.joseph@dol.gov

Attorneys for Plaintiff, Thomas E. Perez
Secretary of Labor, United States
Department of Labor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>               Plaintiff,<br><br>     vs.<br><br>BAR-K, INC., a corporation; WALTER NG, an individual; BRUCE HORWITZ, an individual; and the BAR-K, INC. 401(k) PLAN, an employee benefit plan;<br><br>               Defendants. | Hon. Jeffrey S. White<br><br>Case No. 3:14-cv-05549-JSW<br><br>**(PROPOSED) ORDER GRANTING REQUEST FOR DEADLINE TO MOVE FOR DEFAULT JUDGMENT IN LIEU OF CASE MANAGEMENT CONFERENCE** |

The Court, having considered the Secretary's request for a deadline to move for default judgment, and to cancel the case management conference, with no objections being received, and further good cause appearing,

**IT IS HEREBY ORDERED** as follows:

*(Proposed) Order Granting Request*                                                                                                 *Page- 1*

1. The Secretary's request is GRANTED;

2. The deadline for the Plaintiff to move for default judgment against Defendant Bar-K, Inc. is April 24, 2015.

3. The case management conference set for March 13, 2015, is canceled.

4. The Plaintiff is not required to file a case management statement.

**IT IS SO ORDERED.**

Dated this 11th day of   March  , 2015.

_____
U.S. DISTRICT JUDGE JEFFREY S. WHITE